**FILED**
11/15/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Anthony Carter,
    Plaintiff,

vs.

Aramark Head Supervisor Brian Butler,
    Defendant,

Case No.: 2:23-cv-00528-JRS-MKK
(TO BE SUPPLIED BY THE CLERK)

(Enter above the full name of the Defendant(s) in this action.)

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are as follows:

A. Plaintiff:
    Name Anthony Carter
    Identification Number 283164
    Address WVCF A West 1012 P.O. Box 1111
    Carlisle, Indiana 47838

B. Defendant(s):
    Name Brian Butler
    Title Aramark Supervisor
    Address WVCF A West 1012 P.O. Box 1111 Carlisle, Indiana 47838
    Name Daniel Bedwell
    Title Head Aramark Supervisor
    Address WVCF P.O. Box 1111 Carlisle, IN 47838-1111

BK3

Name _____

Title _____

Address _____

_____

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

## II. STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because _____

_____

_____

_____

_____

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the Court in which it was filed, the docket number assigned to the suit, the status of such earlier suit, (for example: pending, dismissed, set for trial, on appeal, etc.). and the nature of the disposition if the earlier case is closed.

_____

_____

_____

_____

_____

IV. CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences <u>what the defendant(s) did to violate your rights in that regard.</u> If you are claiming that more than one of your constitutional rights were violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than three (3) grounds, identify them in a separate attached piece of paper.

**BK3**

Ground 1: <u>8th Amendment Cruel and Unusual Punishment inflicted. I was recieving trays that did not have the right food that my doctors prescribed diet requires. Aramark was sending regular trays and not diet trays and would not fix issue.</u>

Ground 2: _____

Ground 3: _____

(Identify additional grounds on a separate sheet of paper)

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each defendant in those circumstances.

<u>I have Tried to Contact Aramark on a issue that has been going on since March 1-2023. First I sent General Request slips Aramark did not respond. I was housed in G house on north side of the campus (G 411) When the issue first Happen The Sgt of that house at the Was Seargent Cosetek of Bracket I. Sgt Cosetek sent a email</u>

BK3

to dining and Production kitchen in Aramark about issue. I also asked Sgt Adams of H bracket to Send email as well. Both Sgt's Called and was told I recieved a regular tray. This issue was also logged in the log book multiple times by officers on H and I bracket. Once that was done and the issue was not resolved I put in request for Health care on 3-7-23 medical contacted Aramark and resumitted my diet. Aramark Still did not fix the issue I put other Healthcare request to medical got responses Case numbers 3-27-23 #562699 #521659 on 7-13-23. #562379 on 7-23-23, # 503684 9-21-23 #558498 on 9-11-23. After medical continued to contact Aramark And nothing happen. I sent a Grievance In about the problem Aramark responded on Case # 152726 I dont no why the diet is not being sent that it will be sent and if it's not being sent to contact Aramark The issue was still not resolved I sent request to Aramark no one responded. I have other Grievances on this problem thats has recently gone to the central office level on this problem. I have medical issues that has to require me to eat certain way Aramark has completly ignored this and caused me to not eat and go threw cruel and unusal punishable punishment mental health problems stress and depression The issue Continued once I got to SHU 8-12-23 I have went to the extreme over trying to get my Medical diets I have exhausted all my remedies and this is all I can do. Aramark has completly Ignored the States dietician guide lines and Policy and procedure 04-01-301 and my approved state 6367 prescribed Diet

**BK3**

Aramark Also violated Medical Diet formulary and diet consistancy in G housing unit and seg Restrictive ~~Congregate~~ Houseing Unit (SHU)

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

50,000 I have Eddure Stress and minjor depression over this problem went with out eating cruel and unusal punishment. I want to be able to eat what ever Dr's prescribed diet when the Dr prescribed the diet and the right food that the diet requires Not what ever Aramark wants to send me

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in this complaint and that I believe them to be true and correct to the best of my personal knowledge and belief.

Signed this __Second__ day of __November__, 20_23_.

__Anthony Carter__
Plaintiff

BK3

Statement of facts                    10-26-23

The Non Concentrated Sweet diet is A Medical prescribed diet, Which is A bland diet. The bland medical diet that is Prescribed by Doctor Byrd hear at WABash Valley Correctional Facility. The Bland Diet information from Doctor Byrd WAs Sent to Dietician.         Who Then Sent Me out A Approved State 6367 prescribed "Diet card." Which contained the following information My name and D.O.C number, Name of Physician, issue Date, and diet Requirement. Policy And Procedure 04-01-301 is to establish a food service program that provides for the basic Nutritional needs of offenders Committed to the department. According to the Medical Diet formulary The Diet Consitanc Should have carbon hydrate patterns for each meal. (Approximately 50-53 Carbon Hydrates) 15-20% Weekly Average not Lower than 12% on Any Given Day. Protein 30% Fat. 2600mg Sodium/day and a adverage of less 300 milligrams Cholesterol/day.

Policy And Admintrative Procedure
The Development And Delivery of Food Services

Legal References
IC 11-8-2-5 (a)(8)
IC 11-10-3-4 (a)(6)
IC 11-11-4-1 (a)(1)
IC 11-11-5-4 (a)(6)
IC 11-11-6-2 (a)
410 IAC 7-24

Related Policies-Procedures
00-02-201
00-02-301
01-02-101
01-03-101
02-03-102
02-03-107
02-03-109
02-04-102
04-01-101
04-03-109
04-06-103
04-01-301

②

Madatory Standards
* ACA:
ACI: 5-2E-06, 5-2E07, 5-2E-10

The Purpose of this Policy and Administrative Procedure is to establish a food service Program that provides for Basic nutritional needs of offenders Comitted to the departed.

The Department of Corrections shall Establish Standards and guidelines to achieve the effective delivery of food service to offender In the department. The departments food Service Program is to promote the Physical and mental well-being of offenders in Department's facility. While the Departmen Shall Provide a well-balanced diet, it is the Responsibility of the offender to Ensure that this Balanced diet is consumed. The Planning, delivery, maintence, and review of the Departments food Services Program Shall Be Base upon the following principles.

A: Furnishing the offender Population with Nutritional and Wholesome Meals of Suitable Portions to Promote Physical well-being

B. Providing and Serving a variety of food items in an attractive and platable manner to Enhance the morale of confined offenders.

C. Maintaining Sanitary Conditions in accordance with all applicable Statues Rule's and Procedure

D. OPERATING all Phases of the Program in a Cost-effective manner.

E. Esuring acceptable Standards of quality are achieve

F. Providing a comprehensive System of administration managment, and delivery of food service Based upon Availibility of resources, facility Manage Ability and Security Concerns.

G. Prohibiting the use of food as a disciplinary measure

In addition to meals Searved to the General offender Population, the Department Shall Provide Special Diets to offenders who cannot eat Regular Shedual meals Due to Religious, Moral, or Medical Conditions.

When Resources are avaible to deliver and administer a Meal, Staff me Partake of meals Prepared through the food Service Program. The depart Shall develop a monitoring and evaluation system that ensures that the

(4)

Provision of this Policy and administive Procedure are achieved.

Prescribed diets designed for meeting the medical and dental needs of an offender shall Be offered By a food Service Production Unit when Prescribed By an clinician (Physician, dentist, Practitioner, and nurs utilizing an approved nursing Protocol) Prescribed diets shall Be ordere in accordance with Policy and administrative Procedure 01-02-1 Health Services," and any other applicable Health care Service Directiv Copies of the Prescribed/therapeutic diet manual shall Be maintained in the food Service and Health Services administrative offices for references and Informational Purposes.

A Provider may order a diet and nursing may call food Service to Place the order verbally, The Information to be Provided must include the offender's name, number diet order, issue date, Expiration date and name of Provider Prescribing the diet A written Diet order must be Provided by food Service within two business days.

If the diet requires a non-formulary approval from the Medic Contract's Regional Medical Director of the Department's chief medical officer, it must also Be included within the sam two days. If the written order is not Provided within the Proper time frame, Food service is to contact medical to attempt to resolve. If An issue Remains the two Contractor's, Medi and food Service, are to contact there Contract Compliance manager to assist with resolution.

⑤

Each Health Service's Unit Shall maintain written documentation of the diet order, the name of the Physician or dentist ordering the diet, the date ordered, and the date of expiration of required review. A review shall be made and documented in a timely manner. State form 39889, Prescribed Diet Request or an administrator-approved Equivalent Contract vendor form shall be ~~made and documented in a timely manner~~ used to communicate a dietary need from Health Service to the Food Service Production unit along with any approved Contrator form. The Prescribed diet Request must Be Maintained in the Food Service office for the Time frame it is Effective or until the offender is moved to another facility or released from Department. Expired orders shall Be Maintained in archive as required By Department Policy or Contract requirement, Whichever is longer.

Health Services Shall issue Each offender requiring a Prescribed diet an approved State form 6367, Prescribed Diet card. The approved card Shall contain the following information A: offenders name and number B: name of Prescribed Physician or dentist C: issue date, D: Expiration date, and E. Dietary Requirements.

Each Food Service Production Unit Shall Maintain a State form 17481, Week Record of Prescribed Diet issued or department approved Equivalent Electronic medical form as Provided By the health Service Unit for the Purpose of recording Prescribed diet trays or Sacks Served. Documentation on this form must Be Monitored and Completed By Contractor's Staff.

⑥

Food Preparation

A: All Hot Food will Be Served at a temperature greater than than 140 degrees. All Cold Food will Be Served at a Temperature of 40 degrees or Less

B: A Quarterly Survey or Student/offenders and Staff will Be Taken to determine quality of food Prepared and Served. Results will Be forwarded to the Contract Compliance Manager. No meals should be rated Poor in quality. If less than 80% of Meals are of good quality for two consecutive week a Plan of Corrective action will be implemented in Cojuntion with the contract compliance manager. Compliance of this requirment will be a rating of no less than 90% of all meals Prepared and rated good or Better.

C: Four Meals will Be Provided daily: Breakfast; Lunch; dinner; and evening Snack, at times agreed upon by the Superintendent and Contractor. The Menu must be Sign and approved by the Contractor's dietition At leas 10 working days Befour Implementation. Any Subsequen modifications must Be approved within three working day of Serving. Compliance of required meal Preparation guideline will require a rating of no less than 100% with no deviations. A pass/fail rating will be determin By random Audit on timeliness of menu preparation and modification guidelines.

(9)

D. The Holiday meal Schedule for thanksgiving and Christmas will Be approved by Contractors dietitian at least 10 working days Before Implementation. Portions will be one-one half times that of the standard meal as established By the facility dietion.

Cleanliness and Sanitation

A. All Cleaning supplies will meet OSHA standards Compliance with this requirement will be rated Either Pass or fail as Determined By random audit.

B. Material Safty Data Sheets (MSDS) will accompany all Cleaning supplies Purchased. Contractor will be responsible for maintaining the (MSDS) and foward a copy to the facility's Safty hazard manager. Compliance with this requirement will be determined by random.

C. Contractor will conduct Weekly Inspection of food Service related Supplies and Equipment. A meal A written And dated report will be forwarded to the Contract Compliance manager within three ~~days~~ working days of inspection completion. Compliance with this requirement will be determined by random audit of date Submitted and Timeliness of Inspection.

D. Contractor will conduct daily inspections of dishware, glassware, and flatware base on qualitative measures agreed upon with the D&O. Reports will be forwarded within one working day of the completion of the inspection. Compliance of this requirement will be determined by random audit of date submitted and timeliness of inspection.

E. Food service area will achieve and exception audit from the State Board of Health. A 100% score by the State Board of Health will be expected

ⓐ

Medical Diet formulary

1800 Calorie Provides approximatley 1800 Calories/day with Consistant Carbonhydrates Patterns for each meal (approximately 50-5 Carbonhydrates) 15-20% Weekly Average not lower than 12% on Any Given Day Protein 30% Fat -2600 mg sodium/day and a adverage of Less 300 Milligrams cholesterol/day. Indicatiations OBesity diabetes Cardiovascular disease and weight control

## Medical Diets

The Contractor shall Provide meal for Medical diets which include and diet foods Which shall Include Any diet foods specified By DMHA's registered dietican or Medical Department. Physicians, dentist or Clinical associate in each facility medical Unit shall Prescribe medical diets as deemed for appropiate Patient treatment Daily Snack are Considered Part of the diet are not billed Separatly Flloor stock (Including Nutritional Supplements) Shall be bill separatly in accordance with Section 2.4. Medica diets that Prescribed a double Portion Shall BeBilled in Accordance with Section 2.5. All Diet trays Served Shall Be recorded By the Contractor with a Copy of the Record sent to the facility Superintendent for Proper documentation for Performance Standards (JCAHO Standards, and CMS

(Including medicaid, medicare, and JCF-MR certification) standards). This Record shall Include, at a minimum Patient name or number, date when meal picked up, and type of meal Listed Clearly on the monthly Invoice's as a separate line item.