UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANTHONY CARTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00528-JRS-MKK ) |
| BRIAN BUTLER, et al., | ) ) |
| Defendants. | ) |

# FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is **DISMISSED** for failure to state a claim upon which relief can be granted.

Date: 12/2/2024

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

ANTHONY CARTER
283164
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838